

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2019

No. 04-19-00381-CV

**IN THE INTEREST OF J.M.O.**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01006
Honorable Richard Garcia, Judge Presiding

# O R D E R

Appellants' motion to stay is pending before the court. The court hereby requests a response to the motion from appellee. Any response must be filed in this court no later than September 9, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of September, 2019.

_____
Keith E. Hottle,
Clerk of Court